UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK CONSERVA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner,<br>Social Security Administration,<br><br>　　Defendant. | CIVIL ACTION<br>NO. 22-10205-DHH |

**Report and Recommendation**

**October 27, 2022**

Hennessy, M.J.

　　This matter comes before the Court on an assented-to motion filed by Defendant, the Acting Commissioner of Social Security ("Commissioner"), to reverse the denial of Social Security Disability Insurance Benefits and Supplemental Security Income and remand Plaintiff's case to the Appeals Council for further proceedings. [Dkt. No. 21]. The Commissioner requests the reversal and remand of Plaintiff's case under 42 U.S.C.A. § 405(g), which provides that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

The undersigned recommends Defendant's motion be GRANTED as consented to by Plaintiff.

/s/ David H. Hennessy
David H. Hennessy
United States Magistrate Judge
